No. 81–5930.   WHITELAW v. MWP LIMITED PARTNERSHIP.   Ct. App. D. C.   Certiorari denied.

No. 81–5931.   BOSCH v. SPALDING.   C. A. 9th Cir.   Certiorari denied.

No. 81–5934.   UNITED STATES EX REL. TOLBERT v. FRANZEN.   C. A. 7th Cir.   Certiorari denied.

No. 81–5936.   LEE v. ILLINOIS.   App. Ct. Ill., 3d Dist.   Certiorari denied.

No. 81–5938.   VITE v. WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 81–5939.   ALDERSON v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–5941.   CARTER v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–5942.   LEWIS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–5946.   BRUCE v. DUCKWORTH, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 81–5951.   JOHNSON v. OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 81–5953.   ANTONELLI v. DRUG ENFORCEMENT ADMINISTRATION ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 81–5954.   ANTWINE v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 81–5955.   DIXON v. MACDOUGALL.   Sup. Ct. Ariz.   Certiorari denied.